✎GAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release  
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 4:16-CR-17-001 (CDL) |
| **GEORGE ROWELL** | |

On November 21, 2018, the supervised release period of 36 months commenced. George Rowell has complied with the rules and regulations of supervised release, and has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts. Accordingly, he is no longer in need of supervision. It is accordingly recommended that George Rowell be discharged from supervision.

Respectfully submitted,

Jeffery B. Cooper  
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 15th day of January, 2020.

s/Clay D. Land  
CLAY D. LAND  
CHIEF U.S. DISTRICT JUDGE